3

United States District Court
Southern District of Texas
ENTERED
SEP 25 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

United States District Court
Southern District of Texas
FILED
SEP 24 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROSALINDA HERRERA

VS.                                              CIVIL ACTION NO. B-98-107

DIVERSIFIED COLLECTION
SERVICES, INC.

### ORDER ON STIPULATION TO DISMISS

On _September 24_, 1998 the court considered the parties stipulation to dismiss. After considering the stipulation the court,

GRANTS the stipulation and dismisses the case with prejudice.

SIGNED _September 24_, 1998.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
ANTHONY P. CARRABBA
ATTORNEY AT LAW
7 North Park Plaza
Brownsville, Texas 78521
(956) 546-9398
(956) 542-1478 Fax #
SBOT # 00793471
FEDERAL ADMISSION #22168